UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KYLE OGDON** and **ANTHONY LINDSEY**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**PIGEON FREIGHT SERVICES INC.**, and **SERGIU TINTUIC,**<br><br>Defendants. | Case No. 1:23-cv-04458 |

**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs, Skyle Gordon and Anthony Lindsey, individually and on behalf of all others similarly situated, by and through their undersigned counsel, hereby file this Request for Entry of Default against Defendants Pigeon Freight Services, Inc. and Sergiu Tintuic. The grounds for this motion are that Defendants have failed to plead or otherwise defend against the Complaint in this action, as supported by the case docket. See ECF No. 21.

Plaintiffs filed their class and collective action Complaint in this matter on July 11, 2023. Ecf. No. 1. The Complaint was served on Defendants on August 4, 2023. ECF No. 13. Plaintiffs subsequently filed an Amended Complaint, which was served on Pigeon Freight on September 29, 2023 (see ECF No. 17) and was served on Sergiu Tintuic on October 12, 2023. ECF Nos. 13 and 18. Defendants' Answers to the Amended Complaint were due on October 20 and November 2, respectively. See ECF No. 19. Since this case was filed Defendants have not had any contact with Plaintiffs' Counsel, either on their own or through attorneys. See ECF Nos. 19, 21.

As of the date of this Motion, Defendants have failed to have an attorney enter an

appearance or in the alternative enter a pro se appearance, and thus are unable to plead or otherwise defend this case. Plaintiffs respectfully request the Clerk or the Court to enter Defendants' default in this matter. Plaintiffs will file a separate Motion for Default Judgment after default is entered.

Dated: November 9, 2023                              Respectfully Submitted,

                                                                  /s/ Bradley Manewith

Bradley Manewith, IARDC # 6280535
Lichten & Liss-Riordan, P.C.
5 Revere Drive, Suite 200
Northbrook, IL 60062
Tel. (617) 994-5800
Fax (617) 994-5801
bmanewith@llrlaw.com

Harold L. Lichten (*pro hac vice*)
Mel Gonzalez (*pro hac vice*)
Olena Savytska (*pro hac vice anticipated*)
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Ste. 2000
Boston, MA 02116
Tel. (617) 994-5800
Fax (617) 994-5801
hlichten@llrlaw.com
mgonzalez@llrlaw.com
osavytska@llrlaw.com

*Attorneys for Plaintiffs and the proposed class and collective*

2

**CERTIFICATE OF SERVICE**

    I, Bradley Manewith, hereby certify that a true and accurate copy of this document will be served on Defendants Pigeon Freight Services, Inc., and Sergiu Tintuic by process server, by U.S. Mail and by UPS Overnight Delivery to the following addresses:

Pigeon Freight Services, Inc.
c/o Sergiu Tintuic
16830 Chicago Ave
Lansing, IL, 60438

Sergiu Tintuic
6 Jacqueline Lane
Fox River Grove, IL, 60021

                                              /s/ Bradley Manewith
                                              Bradley Manewith